# EXHIBIT A

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX

WILLIAM PAULING and CHARLES BURTON

                        Plaintiffs,

– against –

CITY OF NEW YORK, NEW YORK CITY POLICE DEPARTMENT, POLICE OFFICER NICHOLAS NOVAK, POLICE OFFICER DAVON ALSTON, POLICE OFFICER JOHN DOE AND POLICE OFFICER JOHN ROE,

                        Defendant(s).

STIPULATION OF DISCONTINUANCE WITH PREJUDICE TO FEDERAL CLAIMS

INDEX NO.: 24865/2015E

**WHEREAS**, Plaintiff commenced this proceeding by filing a Summons and Verified Complaint in the Supreme Court of the State of New York, County of Bronx, on or about 9/2/15, alleging that his federal and state rights were violated; and

**WHEREAS**, defendants have removed this action to the Southern District of New York, 15 Civ. 7814, based upon claims asserted by Plaintiffs that are founded on alleged violations of 42 U.S.C Section 1983 and the United States Constitution's Fourth, Fifth, Sixth and Fourteenth Amendments; and

**WHEREAS**, Plaintiffs now desires to discontinue all federal claims alleged in this action and to proceed only with state law claims; and

**WHEREAS**, Plaintiffs will discontinue with prejudice and withdraw all federal claims arising out of the incident in the Complaint; and

**WHEREAS**, Plaintiffs filed an Amended Verified Complaint on 10/6/15 whereby all federal claims have been withdrawn from the incident within the Complaint; and

**IT IS HEREBY STIPULATED AND AGREED**, by and between the attorneys for Plaintiff and defendants as follows:

1. Any and all federal claims asserted by Plaintiffs in the Complaint are hereby withdrawn and discontinued with prejudice.

2. Defendants agree to withdraw the Notice of Removal which was filed in the Southern District of New York, 15 Civ. 7816, and this action shall proceed in Supreme Court, County of the Bronx.

3. Defendants shall interpose an answer with respect to the Amended Verified Complaint within 30 days.

4. This Stipulation shall not be admissible in any other litigation or settlement negotiation.

Dated: Bronx, New York
October 6, 2015

NEIL WOLLERSTEIN, ESQ.
Attorney for Plaintiffs
895 Sheridan Avenue
Bronx, NY 10451
Tel:   718-588-1300
Fax:   917-522-9703

By: _____
Neil Wollerstein, Esq.

ZACHARY CARTER, ESQ.
Corporation Counsel of City of New York
Attorney for Defendants
100 Church Street
New York, NY 10007

By: _____
Keegan Staker, Esq.